# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACEY L. GOMEZ, ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 18-11200-DJC |
| STEPHEN SPAULDING, WARDEN, ) | |
| Respondents. ) | |

## ORDER

**CASPER, J.**                                                                                                                            **August 9, 2018**

On June 8, 2018, Stacey L. Gomez, an inmate in custody at FMC Devens, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. By Order, dated June 28, 2018, D. 5, petitioner was granted 21 days to pay the $5 fee or file a fee waiver application.

On July 6, 2018, petitioner sent a letter to the Court that, among other things, stated that he paid the $5 filing fee. With the letter, he attached a copy of a receipt indicating that he requested the treasurer's office at FMC Devens to send a $5.00 check made payable to the Boston "U.S. Attorney Office."

To date, the Court's records indicate that no payment has been received and it appears that petitioner sent payment to the Office of U.S. Attorney for the District of Massachusetts. Petitioner will be provided an additional 21 days either to pay the $5 fee or file a fee waiver application. If petitioner wishes to pay the $5 filing fee, the check must be made payable to "Clerk, United States District Court."

Accordingly, if petitioner wishes to proceed with this action, within 21 days of the date of this Order, he either must (1) pay the $5.00 filing fee; or (2) file a motion for leave to proceed *in forma pauperis* accompanied by a certified prison account statement.  Failure of petitioner to comply with this directive may result in the dismissal of this action without prejudice.

**SO ORDERED.**

                                               /s/ Denise J. Casper  
                                               Denise J. Casper  
                                               United States District Judge